# INVOICE



740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 224616 | 3/3/2015 | 126814 |
| **Job Date** | **Case No.** | |
| 2/26/2015 | 14-CV-279 | |

| Case Name |
|---|
| Russ Shoemaker and Lori Braget-Shoemaker v. Lake Arbutus Pavilion, LLC. |
| **Payment Terms** |
| Due upon receipt |

Ms. Meg E. Vergeront
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

---

ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:
   Russ Shoemaker     62.00 Pages     235.60
      Exhibit Scanning     278.00 Pages     97.30
ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:
   Lori Braget-Shoemaker     16.00 Pages     60.80
      Half Day Appearance     50.00
      Postage, Handling, & Archiving     26.00

**TOTAL DUE >>>  $469.70**

Payment is due within thirty (30) days of the date of invoice.  All past-due balances are subject to a late payment interest charge.  Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Meg E. Vergeront
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison WI  53701-1784

Invoice No.  :  224616
Invoice Date :  3/3/2015
**Total Due**    :  **$ 469.70**

Remit To:  **Gramann Reporting, Ltd.**
         **740 N. Plankinton Avenue**
         **Suite 400**
         **Milwaukee WI  53203**

Job No.    :  126814
BU ID      :  1-MAIN
Case No.   :  14-CV-279
Case Name  :  Russ Shoemaker and Lori Braget-Shoemaker v. Lake Arbutus Pavilion, LLC.

EXHIBIT A