Stafford Rosenbaum LLP    Case: 3:14-cv-00279-jdp   Document #: 32-2   Filed: 07/10/15   Page 1 of 1    Page 1
Run:7/6/2015 10:40:15 AM                    **Billed Expenses**                                        File: EXPHIST
Including Client(s) 026107;Including Matter(s) 000001

| Client Matter Event | Exp | Date | Units | Value | Ref # | Text |
|---|---|---|---:|---:|---|---|
| 026107 | Lake Arbutus Pavilion, LLC | | | | | |
| 000001 | Shoemaker v. Lake Arbutus Pavilion, LLC | | | | | |
| 3421645 | EX21 | 06/30/14 | 90.00 | 18.30 | 0 | Photocopying |
| 3587423 | EX21 | 11/03/14 | 11.00 | 2.20 | 0 | Photocopying |
| 3654171 | EX21 | 02/25/15 | 441.00 | 88.20 | 0 | Photocopying |
| 3666831 | EX21 | 03/02/15 | 30.00 | 15.00 | 0 | Photocopying |
| 3676607 | EX21 | 03/03/15 | 34.00 | 6.80 | 0 | Photocopying |
| 3676614 | EX21 | 03/03/15 | 12.00 | 4.80 | 0 | Photocopying |
| 3681100 | EX21 | 03/06/15 | 20.00 | 4.00 | 0 | Photocopying |
| 3681118 | EX21 | 03/06/15 | 16.00 | 4.40 | 0 | Photocopying |
| 36J6678 | EX21 | 04/17/15 | 14.00 | 3.40 | 0 | Photocopying |
| 36K2174 | EX21 | 04/20/15 | 13.00 | 2.90 | 0 | Photocopying |
| 36L3754 | EX21 | 04/23/15 | 23.00 | 4.60 | 0 | Photocopying |
| 36L3771 | EX21 | 04/23/15 | 23.00 | 7.30 | 0 | Photocopying |
| **Matter Total** | | | | **161.90** | | |
| **Client Total** | | | | **161.90** | | |
| **Report Total** | | | | **161.90** | | |

EXHIBIT B